ELIJAH H. PURDY AND OTHERS, RESPONDENTS, *v.* LOUIS SCHLESINGER AND OTHERS, APPELLANTS.

APPEAL from an order appointing a receiver of the proceeds of a sale, had under a chattel mortgage, of property fraudulently obtained from the plaintiffs in this action by the mortgagor, and alleged in this action to have been mortgaged for the purpose of cheating and defrauding these plaintiffs out of their claim for the purchase-price thereof. After a review of the facts in the case, the court was of the opinion that there was sufficient evidence of fraud in the giving

of the mortgage to justify the appointment of the receiver, and affirmed the order.

*T. M. Tyng*, for the appellants.

*Eugene F. Daly*, for the respondents.

Opinion by DANIELS, J.

Present — DAVIS, P. J., BRADY and DANIELS, JJ.

Order affirmed, with ten dollars costs besides disbursements.